```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16979
   VERONICA MOORE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0229


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 09/18/2007 and was confirmed 11/05/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was completed - no discharge 09/01/2008.
---------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
   GATEWAY FINANCIAL SERVIC   SECURED NOT I         .00           .00            .00
   WASHINGTON MUTUAL          CURRENT MORTG         .00           .00            .00
   WASHINGTON MUTUAL          MORTGAGE ARRE      727.55           .00         727.55
   CREDIT BUREAU ACCOUNTS     UNSECURED       NOT FILED           .00            .00
   COMCAST CULVERY CITY EL    UNSECURED       NOT FILED           .00            .00
   ECAST SETTLEMENT CORP      UNSECURED         1149.00           .00        1149.00
   GATEWAY FINANCIAL SERVIC   UNSECURED       NOT FILED           .00            .00
   ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,614.00                     2,614.00
   TOM VAUGHN                 TRUSTEE                                          362.69
   DEBTOR REFUND              REFUND                                           296.54

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
   TRUSTEE                5,149.78

   PRIORITY                                              .00
   SECURED                                            727.55
   UNSECURED                                        1,149.00
   ADMINISTRATIVE                                   2,614.00
   TRUSTEE COMPENSATION                               362.69
   DEBTOR REFUND                                      296.54
                          --------------         --------------
   TOTALS                 5,149.78                 5,149.78
```

             PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16979 VERONICA MOORE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 16979 VERONICA MOORE